| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Kennelly, Matthew F | 2. Court or Organization<br>Northern District of Illinois | 3. Date of Report<br>3/31/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>United States District Judge | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>United States District Court<br>219 South Dearborn Street<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Lawyers Club of Chicago - bar organization |
| 2. | Adjunct Professor | Northwestern University School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Northwestern University School of Law (teaching) | 3000.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | City of Evanston, Illinois |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Ass'n of Intellectual Property Lawyers of America | $1300 (transportation, hotel, meals) |
| 2. | Ass'n of Intellectual Property Lawyers of America | $810 (transportation, hotel, meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Honorary membership (reduced dues) | $1,715 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  AMCAP Fund mutual fund | A | Dividend | M | T | | | | | |
| 2.  Growth Fund of America mutual fund | A | Dividend | L | T | partial rdmp | 6/19 | K | B | |
| 3.  Fundamental Investors mutual fund | B | Dividend | M | T | | | | | |
| 4.  Investment Company of America mutual fund | B | Dividend | L | T | partial rdmp | 6/19 | J | B | |
| 5.  Washington Mutual Investors mutual fund | B | Dividend | L | T | | | | | |
| 6.  Europacific Growth Fund mutual fund | A | Dividend | L | T | partial rdmp | 6/19 | K | A | |
| 7.  New Perspective Fund mutual fund | A | Dividend | L | T | - | | | | |
| 8.  MFS Municipal Bond Fund mutual fund | C | Dividend | L | T | | | | | |
| 9.  Tax Exempt Bond Fund of America mutual fund | B | Dividend | K | T | | | | | |
| 10. Van Kampen Insured Tax Free Income Fund mutual fund | B | Dividend | K | T | partial rdmp | 6/19 | K | A | |
| 11. Baird Insured Deposit - held at US Bank NA - money mkt fund | A | Dividend | K | T | | | | | |
| 12. BAC Florida Bank | A | Interest | L | T | buy | 6/19 | L | | |
| 13. Fidelity Cash Reserves - money mkt fund | C | Dividend | N | T | | | | | |
| 14. Fidelity Growth & Income mutual fund | A | Dividend | K | T | | | | | |
| 15. Bank One bank accounts | A | Interest | J | T | | | | | |
| 16. Bank One checking account | | None | J | T | | | | | |
| 17. Intermountain Power Agency of Utah bonds | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. State of Illinois General Oblig. College Savings Bonds | | None | K | T | partial rdmp | 8/1 | J | | |
| 19. U.S. Savings Bonds | | None | J | T | | | | | |
| 20. AMCAP Fund mutual fund (rollover IRA) | | None | M | T | | | | | |
| 21. Growth Fund of America mutual fund (rollover IRA) | A | Dividend | L | T | | | | | |
| 22. Investment Co. of America mutual fund (rollover IRA) | C | Dividend | M | T | | | | | |
| 23. Washington Mutual Investors mut. Fund (rollover IRA) | C | Dividend | M | T | | | | | |
| 24. Europacific Growth Fund mutual fund (rollover IRA) | B | Dividend | M | T | | | | | |
| 25. Smallcap World Fund mutual fund (rollover IRA) | A | Dividend | K | T | | | | | |
| 26. Bond Fund of America mutual fund (rollover IRA) | D | Dividend | M | T | | | | | |
| 27. Baird Insured Deposit - held at US Bank, NA (rollover IRA) | A | Dividend | J | T | | | | | |
| 28. Washington Mutual Investors Fund mutual fund (IRA) | A | Dividend | K | T | | | | | |
| 29. Northwestern Mutual Extra Ordinary Life policy | C | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kennelly, Matthew F | 3/31/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

V. Gifts: Following my appointment in 1999, I received an honorary "judicial privilege" membership at the Union League Club of Chicago. For ordinary membership privileges, my dues are $143 per month less than for regular members. Charges for use of the Club's athletic facilities are in addition to the monthly dues and are at the same rate as for regular members.

VII. Investments and Trusts: The reported assets include the investment value of a Northwestern Mutual Insurance Extra Ordinary Life policy. Last year (2002) I mistakenly over-reported the value of this asset by reporting the face amount of the policy, rather than the investment value, which is lower.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████

Date 3-31-04

NOTE: ████████████████████WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544